IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LONNIE E. THOMAS,

    Plaintiffs,

v.

COMMUNITY PROPERTIES
OF OHIO MANAGEMENT
SERVICES, LLC, et al.,

    Defendants.

Case No. 2:15-cv-2960
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of all Defendants' Motion for Judgment on the Pleadings (ECF No. 19), which the Defendants filed on January 3, 2017. On January 18, 2017, Plaintiff's attorney filed a motion to withdraw as counsel and requested an extension of time for Plaintiff to respond to Defendants' motion. For good cause shown, Magistrate Judge Deavers granted the motion to withdraw as counsel and ordered that Plaintiff file any response to Defendants' motion by February 23, 2017. The Magistrate Judge advised Plaintiff of his responsibility to follow the Rules of Civil Procedure even if he was proceeding without the assistance of counsel. The Plaintiff has failed to respond to Defendants' Motion (ECF No. 19), which is therefore **GRANTED**. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of the Defendants. This case is hereby **DISMISSED**.

IT IS SO ORDERED.

3-7-2017
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE